FILED
5/20/19 8:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 19-21844 TPA |
| ) | Chapter 13 |
| BRIAN J. MILLER, ) | |
| ANITA M. OSBORNE ) | Docket No. 11 |
|     *Debtors* ) | |
| ) | |
| BRIAN J. MILLER, ) | |
| ANITA M. OSBORNE ) | |
|     *Movants* ) | |
| ) | |
| vs. ) | |
| ) | |
| *No Respondents* ) | |

### ORDER OF COURT

AND NOW, to wit, this ___20th___ day of _____May_____, 2019, it is hereby ORDERED, ADJUDGED, and DECREED, that the Debtors, Brian J. Miller & Anita M. Osborne, are hereby granted an extension until May 31, 2019 to file the completed Chapter 13 petition in this case. No further extensions will be granted.

_____ J.
jlm

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 19-21844-TPA
Brian J. Miller                                                 Chapter 13
Anita M. Osborne
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: culy                Page 1 of 1           Date Rcvd: May 20, 2019
                               Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2019.
db/jdb         +Brian J. Miller,    Anita M. Osborne,    465 Fernhill Ave.,    Pittsburgh, PA 15226-1352

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    M&T Bank as servicer for Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Joint Debtor Anita M. Osborne julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth Steidl    on behalf of Debtor Brian J. Miller julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6