FILED
6/7/19 1:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-21844-TPA |
| | ) | Chapter 13 |
| Brian J. Miller, | ) | |
| Anita M. Osborne, | ) | Docket No. 19 |
| *Debtors* | ) | |
| | ) | |
| Brian J. Miller, | ) | |
| Anita M. Osborne, | ) | |
| *Movants* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| *No Respondents* | ) | |

## ORDER OF COURT

AND NOW, to wit, this ____7th____ day of _____June_____, 2019, it is hereby ORDERED, ADJUDGED, and DECREED, that the order dismissing the chapter 13 bankruptcy case of Brian Miller & Anita Osbourne signed at docket number 15 is vacated and that the Debtors Chapter 13 Bankruptcy Case is reopened effective immediately, the automatic stay is once again in place, and the Chapter 13 Trustee's bond is reinstated.

_____J.
jlm

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 19-21844-TPA
Brian J. Miller                                                 Chapter 13
Anita M. Osborne
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: culy              Page 1 of 2           Date Rcvd: Jun 07, 2019
                              Form ID: pdf900         Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2019.
```
db/jdb         +Brian J. Miller,    Anita M. Osborne,    465 Fernhill Ave.,    Pittsburgh, PA 15226-1352
15045965       +Allegheny County Treasurer,    c/o Jordan Tax Service Inc.,    Po Box 200,
                 Bethel Park, PA 15102-0200
15045966       +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
15045967       +City & School District of Pittsburgh,    c/o Jordan Tax Service Inc.,    Po Box 200,
                 Bethel Park, PA 15102-0200
15063759       +Comcast,    300 Corliss Street,    Pittsburgh, PA 15220-4864
15045969       +Dollar Bank,    Kristine Anthou, Esq., Grenen & Bersic,    1 Gateway Center, 9th Floor,
                 420 Fort Duquesne Blvd,    Pittsburgh, PA 15222-1435
15045968       +Dollar Bank,    300 Tuscarawas St. West,    8th Floor,    Canton, OH 44702-1914
15063763       +Dr. George Bellios,    3247 West Liberty Avenue,    Pittsburgh, PA 15216-2319
15045970        Foot and Ankle Associates,    c/o Montgomery Lynch & Assoc.,    Po Box 22720,
                 Beachwood, OH 44122-0720
15063765        Home Depot/Citibank,    P.O. Box 79083,    Saint Louis, MO 63179
15045971       +Home Depot/Citibank/Midland Funding,    c/o Atlantic Credit & Finance,    Po Box 2083,
                 Warren, MI 48090-2083
15063768       +Klingensmith Inc.,    PO Box 192,    Ford City, PA 16226-0192
15063771       +PHEAA,    1200 North Seventh Street,    Harrisburg, PA 17102-1444
15063773       +PWSA,    Penn Liberty Plaza 1,    1200 Penn Avenue,    Pittsburgh, PA 15222-4216
15045972        Wells Fargo Dealer Services,    P.O. Box 25341,    Santa Ana, CA 92799-5341
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: kburkley@bernsteinlaw.com Jun 08 2019 03:37:47      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr              E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 08 2019 03:34:21
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15063757       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 08 2019 03:35:07      Capital One,
                 4851 Cox Road,    Glen Allen, VA 23060-6293
15063760        E-mail/Text: documentfiling@lciinc.com Jun 08 2019 03:36:44      Comcast,   PO Box 3001,
                 Southeastern, PA 19398-3001
15063767        E-mail/Text: cio.bncmail@irs.gov Jun 08 2019 03:36:55      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
15063769        E-mail/Text: bncnotices@becket-lee.com Jun 08 2019 03:36:50      Kohl’s,   PO Box 2983,
                 Milwaukee, WI 53201-2983
15063770        E-mail/Text: camanagement@mtb.com Jun 08 2019 03:36:57      M&T Bank,   PO Box 62182,
                 Baltimore, MD 21264-2182
15063772       +E-mail/Text: hwalz@pghffcu.com Jun 08 2019 03:36:47      Pittsburgh Firefighters FCU,
                 500 S. Main Street,    Pittsburgh, PA 15220-5487
15046653       +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2019 03:36:00      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15063774        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 08 2019 03:36:40
                 Verizon,    500 Technology Drive, Suite 550,    Water Spring, MO 66304
15063776       +E-mail/Text: documentfiling@lciinc.com Jun 08 2019 03:36:44      XFinity,   676 Island Pond Road,
                 Manchester, NH 03109-5420
                                                                                               TOTAL: 11
```

```
                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               M&T Bank as servicer for Lakeview Loan Servicing,
15063755*      +Allegheny County Treasurer,    c/o Jordan Tax Service Inc.,    Po Box 200,
                 Bethel Park, PA 15102-0200
15063756*      +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
15063758*      +City & School District of Pittsburgh,    c/o Jordan Tax Service Inc.,    Po Box 200,
                 Bethel Park, PA 15102-0200
15063761*      +Dollar Bank,    300 Tuscarawas St. West,    8th Floor,    Canton, OH 44702-1914
15063762*      +Dollar Bank,    Kristine Anthou, Esq., Grenen & Bersic,    1 Gateway Center, 9th Floor,
                 420 Fort Duquesne Blvd,    Pittsburgh, PA 15222-1435
15063764*       Foot and Ankle Associates,    c/o Montgomery Lynch & Assoc.,    Po Box 22720,
                 Beachwood, OH 44122-0720
15063766*      +Home Depot/Citibank/Midland Funding,    c/o Atlantic Credit & Finance,    Po Box 2083,
                 Warren, MI 48090-2083
15063775*       Wells Fargo Dealer Services,    P.O. Box 25341,    Santa Ana, CA 92799-5341
                                                                                  TOTALS: 1, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2           User: culy                Page 2 of 2                  Date Rcvd: Jun 07, 2019
                               Form ID: pdf900           Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2019 at the address(es) listed below:
              James   Warmbrodt     on behalf of Creditor    M&T Bank as servicer for Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Kenneth   Steidl    on behalf of Joint Debtor Anita M. Osborne julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth   Steidl    on behalf of Debtor Brian J. Miller julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```