IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Brian J. Miller, | ) | |
| Anita M. Osborne, | ) | Case No. 19-21844 |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Brian J. Miller, | ) | Related to Document No. 30 |
| Social Security No. XXX-XX- 8573 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Otis and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 18, 2019, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Brian J. Miller
465 Fernhill Ave.
Pittsburgh, PA 15226

Otis
Attn: Payroll Department
9 Farm Springs Road
Mail Stop 541-90
Farmington, CT 06032

Date of Service:    June 18, 2019

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. 34965