**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 19-21844-TPA |
| | ) | |
| Brian J. Miller & Anita M. Osborne, | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | MOTION NO.: |
| | ) | |
| Dollar Bank, FSB, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Brian J. Miller & Anita M. Osborne, Debtors; and Ronda J. Winnecour, Trustee; | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF DOLLAR BANK, FSB FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE RESPONDENTS:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than March 9, 2020, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on April 1, 2020, at 10:00 a.m. before Judge Thomas P. Agresti in Courtroom C, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard.

      If there is an issue of fact, an evidentiary hearing will be scheduled at a later date of the Court. An order granting relief may be entered and the hearing may not be held if you do not timely file and serve a written report.

                Respectfully submitted,

                GRENEN & BIRSIC, P.C.

Dated:  02/21/2020                By:  /s/ David W. Raphael
                                            David W. Raphael, Esquire
                                            PA ID No. 200598
                                            Attorney for Dollar Bank, FSB
                                            One Gateway Center, 9th Floor
                                            Pittsburgh, PA  15222
                                            412-281-7650
                                            Fax:  412-281-7657
                                            E-mail:  draphael@grenenbirsic.com