# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

**Debtor:** BRIAN J. MILLER & ANITA M. OSBORNE
**Case Number:** 19-21844-TPA    **Chapter:** 13
**Date / Time / Room:** THURSDAY, FEBRUARY 27, 2020 02:30 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 PGH TRUSTEE

## *Matter:*

#18 - -Continued Confirmation of Plan Dated 5/22/19 NFC
R / M #: 18 / 0

## *Appearances:*

**Debtor:** J Steidl
**Trustee:** Winnecour / Pail / (Katz / DeSimone)

**Creditor:**

## *Proceedings:*

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  6-11-20  at  11:00 .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. ✓ Contested Hearing: _____ at _____.
10. ✓ Other:
    Cont. to resolve wage attachment issue.

**For Judge Agresti cases:**
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: _____

**FILED**



MAR 0 3 2020

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA