IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Brian J. Miller | : | Case No.19-21844 |
| Anita M. Osborne | : | Chapter 13 |
|     Debtor(s) | : | |
| Dollar Bank, FSB | : | |
| | : | Related to Document #51 |
|     Movant(s) | : | |
| | : | Hearing Date: 4/1/20 at 10:00 a.m. |
|     vs. | : | |
| Brian J. Miller | : | |
| Anita M. Osborne | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | |
|     Respondent(s) | : | |

## TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO 465 FERNHILL AVENUE, PITTSBURGH, PA 15226

RONDA J. WINNECOUR, Chapter 13 Trustee, responds as follows:

1. Dollar Bank, FSB requests Relief from Stay with regard to the properties located at 465 Fernhill Avenue, Pittsburgh, PA 15226.

2. Debtors' Schedule D lists the value of the property as $120,000.00. The amount of Movant's first secured claim is listed as $50,000.00 and the amount of Movant's second secured claim is listed as $10,855.00. Other claims against the property include:

    a. Allegheny County Treasurer - $900.00

    b. City & School District of Pittsburgh - $3,200.00

3. Schedule C lists an exemption of $25,150.00 for the property.

4. Therefore, substantial equity may exist in the properties, which should be preserved.

WHEREFORE, the Trustee respectfully requests that the Motion be denied.

                RONDA J. WINNECOUR,
                CHAPTER 13 TRUSTEE

Date: March 6, 2020

                By: /s/ Owen W. Katz
                Owen W. Katz, PA I.D. 36473
                Attorney for Chapter 13 Trustee
                US Steel Tower, Suite 3250
                600 Grant Street
                Pittsburgh, PA  15219
                (412) 471-5566
                Email: okatz@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Brian J. Miller | : | Case No.19-21844 |
| Anita M. Osborne | : | Chapter 13 |
|     Debtor(s) | : | |
| Dollar Bank, FSB | : | |
| | : | Related to Document #51 |
|     Movant(s) | : | |
| | : | Hearing Date:  4/1/20 at 10:00 a.m. |
|     vs. | : | |
| Brian J. Miller | : | |
| Anita M. Osborne | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | |
|     Respondent(s) | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that, in addition to ECF service on parties having entered their appearance in this case, I served or caused to be served on March 6, 2020, the foregoing document upon each of the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222-3721

Brian J. Miller
Anita M. Osborne
465 Fernhill Avenue
Pittsburgh, PA  15226

Kenneth Steidl. Esquire
Steidl & Steinberg
Gulf Tower, Suite 2830
707 Grant Street
Pittsburgh, PA  15219

David W. Raphael, Esquire
One Gateway Center, 9th Floor
Pittsburgh, PA  15222

/s/Rosa Richard
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com