FILED
4/1/20 4:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 19-21844-TPA |
| Brian J. Miller | : | Chapter: 13 |
| Anita M. Osborne | : | |
| *Debtor(s).* | : | |
| | : | Date: 4/1/2020 |
| | : | Time: 10:00 |

### PROCEEDING MEMO

**MATTER:** #51 MFRS by Dollar Bank, FSB
  #58 Resp. by Trustee
  #59 Resp. by Debtor

**APPEARANCES:**
  Debtor: Abigail Steidl
  Trustee: Owen Katz
  Dollar Bank: Beth Slaby

**NOTES:**

Slaby: Arrears were $5000 on first mortgage $2,500 on second mortgage. Never made a full plan payent. $12,000 in arrears. POC $43,000, $12,000.

Steidl: Debtors are back to work. Made $5000 payment in last month. Net equity of $55,000. After exemption $29.000+

Katz: Substantial equity in the property. Value of property is $120,000.

**OUTCOME:** Affidavit of default order to be issued: Bank may request hearing if default. (10:49) Chambers to issue Order.

jlm