**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 19-21844-TPA |
| | ) | |
| Brian J. Miller and | ) | CHAPTER 13 |
| Anita M. Osborne, | ) | |
| | ) | RELATED TO DOCKET NO. 61 |
| Debtors. | ) | |
| | ) | |
| Dollar Bank, FSB, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Brian J. Miller & Anita M. Osborne, Debtors; | ) | |
| and Ronda J. Winnecour, Trustee; | ) | |
| | ) | |
| Respondents. | ) | |

<u>**CERTIFICATE OF SERVICE OF ORDER GRANTING CONDITIONAL RELIEF FROM**
**THE AUTOMATIC STAY**</u>

I certify under penalty of perjury that I have served the above captioned pleadings on the parties at the addresses specified below or on the attached list on    April 3    , 20 20 .

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was <u>Either First Class Mail and/or Electronic Notification</u>.

**SERVICE BY FIRST CLASS MAIL**
Brian J. Miller
465 Fernhill Avenue
Pittsburgh, PA  15226

Anita M. Osborne
465 Fernhill Avenue
Pittsburgh, PA  15226

**SERVICE BY ELECTRONIC NOTIFICATION**
Kenneth Steidl, Esquire
Steidl & Steinberg
Gulf Tower, Suite 2830
707 Grant Street
Pittsburgh, PA  15219
E-mail:  julie.steidl@steidl-steinberg.com

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219
E-mail:  cmecf@chapter13trusteewdpa.com

U.S. Trustee
Office of the U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222
E-mail:  ustpregion03.pi.ecf@usdoj.gov

Dated:    04/03/2020            By:      /s/ Elizabeth L. Slaby
                                         Elizabeth L. Slaby, Esquire
                                         PA ID No. 209503
                                         Attorney for Dollar Bank, FSB
                                         One Gateway Center, 9th Floor
                                         Pittsburgh, PA  15222
                                         412-281-7650
                                         Fax:  412-281-7657
                                         E-mail:  bslaby@grenenbirsic.com