FILED
4/2/20 11:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| BRIAN J. MILLER and ANITA M. OSBORNE, | : | Case No. 19-21844-TPA |
| *Debtors*, | : | Chapter 13 |
| | : | |
| DOLLAR BANK, FSB, | : | Related to Doc No. 51 |
| *Movant*, | : | |
| v. | : | |
| | : | |
| BRIAN J. MILLER and ANITA M. OSBORNE, and, RONDA J. WINNECOUR, TRUSTEE, | : | |
| *Respondents*. | | |

## ORDER

On April 1, 2020, a telephonic hearing was held on the ***Motion for Relief from the Automatic Stay***, filed by Dollar Bank FSB, at Doc. No. 51; the ***Response*** filed by the Chapter 13 Trustee at Doc. No. 58, and, the ***Response*** filed by the Debtors at Doc. No. 59. Dollar Bank, FSB seeks relief from the Automatic Stay as to the Debtors' real property located at 465 Fernhill Avenue, Pittsburgh, PA 15226 ("Property") due to the Debtors' failure to make full plan payments. The Trustee states that substantial equity may exist in the property, which should be preserved. The Debtors assert they were making partial payments due to being unemployed for a period however the Debtor Husband is now back to work full time and the Debtor Wife is back to work part time. The Debtors recently made a payment in the amount of $2.500 and expect to make plan payments going forward. As a result,

*AND NOW*, this ***2nd*** day of ***April, 2020***, it is hereby **ORDERED, ADJUDGED and DECREED** that:

1

(1) The Automatic Stay provided by *11 U.S.C. §362* is terminated as it affects the interests of Movant with respect to the Debtors' real property located at 465 Fernhill Avenue, Pittsburgh, PA 15226.

(2) This Order granting relief from the Automatic Stay is **STAYED** for so long as the Debtors duly make their full monthly Chapter 13 plan payments to the Chapter 13 Trustee, *time is of the essence.*

(3) If any monthly plan payment is at least fifteen (15) days past due, then Marquette Bank may file an *Affidavit of Default*, which shall contain a statement of default as supported by the records of the Chapter 13 Trustee, and request an expedited hearing on the *Affidavit of Default*.

(4) The Court will then schedule an expedited hearing on the *Affidavit of Default* as soon as the Court's calendar will allow.

_____
Thomas P. Agresti, Judge       jlm
United States Bankruptcy Court

Case administrator to serve:
Debtors
Kenneth Steidl, Esq.
Beth L. Slaby, Esq.
Ronda J. Winnecour, Esq., Chapter 13 Trustee

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Brian J. Miller  
Anita M. Osborne  
     Debtors

Case No. 19-21844-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Apr 02, 2020  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2020.  
db/jdb         +Brian J. Miller,    Anita M. Osborne,    465 Fernhill Ave.,    Pittsburgh, PA 15226-1352

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2020 at the address(es) listed below:

           Beth L. Slaby     on behalf of Creditor     Dollar Bank, FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com  
           Brian M. Kile     on behalf of Creditor     Dollar Bank, FSB bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com  
           David W. Raphael     on behalf of Creditor     Dollar Bank, FSB raphaeld@fnb-corp.com  
           James Warmbrodt     on behalf of Creditor     M&T Bank as servicer for Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
           Jeffrey R. Hunt     on behalf of Creditor     Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com  
           Jeffrey R. Hunt     on behalf of Creditor     County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com  
           Jeffrey R. Hunt     on behalf of Creditor     City of Pittsburgh and City of Pittsburgh School District jhunt@grblaw.com, cnoroski@grblaw.com  
           Kenneth Steidl     on behalf of Joint Debtor Anita M. Osborne julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
           Kenneth Steidl     on behalf of Debtor Brian J. Miller julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
           Keri P. Ebeck     on behalf of Creditor     Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
           Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
           Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                                               TOTAL: 12