IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  19-21844 TPA |
| | ) | Chapter 13 |
| Brian Miller, | ) | |
| Anita Osborne, | ) | |
| *Debtors* | ) | Related to Docket No. 77 |
| | ) | |
| Anita Osborne, | ) | |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| *No Respondent* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 11, 2021, a true and correct copy of the *Order Approving Retention of Realtor/Broker* was caused to be served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties on the attached mailing matrix.

**Served by ECF:** Ronda J. Winnecour, Trustee
**Served by ECF:** Office of the United States Trustee

Date of Service: June 11, 2021                           /s/ Kenneth Steidl
                                                                          Kenneth Steidl, Esquire
                                                                          Attorney for the Debtors

                                                                          STEIDL & STEINBERG
                                                                          Suite 2830, Gulf Tower
                                                                          707 Grant Street
                                                                          Pittsburgh, PA 15219
                                                                          (412) 391-8000
                                                                          ken.steidl@steidl-steinberg.com
                                                                          PA I.D. No. 34965