IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-21844 TPA |
| | ) | Chapter 13 |
| Brian Miller, | ) | |
| Anita Osborne, | ) | |
| *Debtors* | ) | Related to Docket No. 77 |
| | ) | |
| Anita Osborne, | ) | |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| *No Respondent* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 11, 2021, a true and correct copy of the *Order Approving Retention of Realtor/Broker* was caused to be served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties on the attached mailing matrix.

**Served by ECF:** Ronda J. Winnecour, Trustee
**Served by ECF:** Office of the United States Trustee

Date of Service: June 11, 2021          /s/ Kenneth Steidl
                                        Kenneth Steidl, Esquire
                                        Attorney for the Debtors

                                        STEIDL & STEINBERG
                                        Suite 2830, Gulf Tower
                                        707 Grant Street
                                        Pittsburgh, PA 15219
                                        (412) 391-8000
                                        ken.steidl@steidl-steinberg.com
                                        PA I.D. No. 34965

```
Label Matrix for local noticing          Allegheny County Treasurer              Allegheny Health Network
0315-2                                    c/o Jordan Tax Service Inc.            PO Box 645266
Case 19-21844-TPA                         Po Box 200                             Pittsburgh, PA 15264-5250
WESTERN DISTRICT OF PENNSYLVANIA          Bethel Park, PA 15102-0200
Pittsburgh
Mon Jun 14 09:38:03 EDT 2021

(p)COLUMBIA GAS                           COMCAST                                Capital One
290 W NATIONWIDE BLVD 5TH FL              PO BOX 1931                            4851 Cox Road
BANKRUPTCY DEPARTMENT                     Burlingame, CA 94011-1931              Glen Allen, VA 23060-6293
COLUMBUS OH 43215-4157


Capital One Bank (USA), N.A.              Capital One, N.A.                      City & School District of Pittsburgh
by American InfoSource as agent           c/o Becket and Lee LLP                 c/o Jordan Tax Service Inc.
PO Box 71083                              PO Box 3001                            Po Box 200
Charlotte, NC  28272-1083                 Malvern PA 19355-0701                  Bethel Park, PA 15102-0200


City of Pittsburgh and City of Pittsburgh Sc   City of Pittsburgh/School Dist. of Pittsburg   Coldwell Banker Real Estate Services
Goehring, Rutter, and Boehm               Goehring Rutter & Boehm                Bobby West
437 Grant Street, 14th Floor              c/o Jeffery R. Hunt, Esq.              5887 Forbes Avenue
Frick Building                            437 Grant Street, 14th Floor           Pittsburgh, PA 15217-1601
Pittsburgh, PA 15219-6101                 Frick Building
                                          Pittsburgh PA 15219-6101

Comcast                                   Comcast                                County of Allegheny
300 Corliss Street                        PO Box 3001                            Goehring, Rutter, and Boehm
Pittsburgh, PA 15220-4864                 Southeastern, PA 19398-3001            437 Grant Street, 14th Floor
                                                                                 Frick Building
                                                                                 Pittsburgh, PA 15219-6101

County of Allegheny                       Dollar Bank                            Dollar Bank
Goehring Rutter & Boehm                   300 Tuscarawas St. West                Kristine Anthou, Esq., Grenen & Bersic
c/o Jeffery R. Hunt, Esq.                 8th Floor                              1 Gateway Center, 9th Floor
437 Grant Street, 14th Floor              Canton, OH 44702-1914                  420 Fort Duquesne Blvd
Frick Building                                                                   Pittsburgh, PA 15222-1435
Pittsburgh PA 15219-6101

Dollar Bank, FSB                          Dollar Bank, FSB                       Dollar Bank, FSB
300 West Tuscarawas Street                c/o Brian M. Kile, Esquire             c/o Elizabeth L. Slaby, Esquire
Canton, OH 44702-1911                     Grenen & Birsic, PC                    Grenen & Birsic, PC
                                          One Gateway Center, 9th Floor          One Gateway Center, 9th Floor
                                          Pittsburgh, PA  15222                  Pittsburgh, PA  15222

Dr. George Bellios                        Duquesne Light Company                 ECMC
3247 West Liberty Avenue                  c/o Bernstein-Burkley, P.C.            ECMC
Pittsburgh, PA 15216-2319                 707 Grant Street, Suite 2200, Gulf Tower   P.O. BOX 16408
                                          Pittsburgh, PA 15219-1945              ST. PAUL, MN 55116-0408


ECMC                                      Keri P. Ebeck                          Foot and Ankle Associates
PO BOX 16408                              Bernstein-Burkley                      c/o Montgomery Lynch & Assoc.
ST. PAUL, MN 55116-0408                   707 Grant Street                       Po Box 22720
                                          Suite 2200 Gulf Tower                  Beachwood, OH 44122-0720
                                          Pittsburgh, PA 15219-1945


Home Depot/Citibank                       Home Depot/Citibank/Midland Funding    Jeffrey R. Hunt
P.O. Box 79083                            c/o Atlantic Credit & Finance          Goehring, Rutter & Boehm
Saint Louis, MO 63179                     Po Box 2083                            437 Grant Street
                                          Warren, MI 48090-2083                  14th Floor
                                                                                 Pittsburgh, PA 15219-6107
```

| | | |
|---|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Brian M. Kile<br>Grenen & Birsic PC<br>One Gateway Center, 9th Floor<br>Pittsburgh, PA 15222 | Klingensmith Inc.<br>PO Box 192<br>Ford City, PA 16226-0192 |
| Kohl's<br>PO Box 2983<br>Milwaukee, WI 53201-2983 | Lakeview Loan Servicing, LLC<br>c/o M&T Bank<br>P.O. Box 840<br>Buffalo, NY 14240-0840 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 |
| MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Brian J. Miller<br>465 Fernhill Ave.<br>Pittsburgh, PA 15226-1352 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Anita M. Osborne<br>465 Fernhill Ave.<br>Pittsburgh, PA 15226-1352 | PHEAA<br>1200 North Seventh Street<br>Harrisburg, PA 17102-1444 |
| PHEAA<br>PO BOX 8147<br>HARRISBURG PA 17105-8147 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | PWSA<br>Penn Liberty Plaza 1<br>1200 Penn Avenue<br>Pittsburgh, PA 15222-4204 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Pittsburgh Firefighters FCU<br>500 S. Main Street<br>Pittsburgh, PA 15220-5487 |
| Pittsburgh Water & Sewer Authority<br>Goehring, Rutter, and Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | Pittsburgh Water and Sewer Authority<br>Goehring Rutter & Boehm<br>c/o Jeffery R. Hunt, Esq.<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh PA 15219-6101 | David W. Raphael<br>First National Bank<br>100 Federal Street - 4th Floor<br>Pittsburgh, PA 15212-5711 |
| Beth L. Slaby<br>Grenen & Birsic, P.C.<br>One Gateway Center, 9th Floor<br>420 Ft. Duquesne Blvd.<br>Pittsburgh, PA 15222-1435 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | Verizon<br>500 Technology Drive, Suite 550<br>Water Spring, MO 66304 | Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>PO Box 130000<br>Raleigh, NC 27605-1000 |
| Wells Fargo Dealer Services<br>P.O. Box 25341<br>Santa Ana, CA 92799-5341 | Bobby West<br>Coldwell Banker Real Estate<br>5887 Forbes Ave.<br>Pittsburgh, PA 15217-1601 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

XFinity
676 Island Pond Road
Manchester, NH 03109-5420

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

COLUMBIA GAS OF PENNSYLVANIA
PO BOX 117
COLUMBUS, OH 43216

M&T Bank
PO Box 62182
Baltimore, MD 21264-2182

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Dollar Bank, FSB
300 West Tuscarawas Street
Canton, OH 44702-1911

(d)Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

(u)LakeView Loan Servicing, LLC

(u)Lakeview Loan Servicing, LLC c/o M&T Bank

(u)M&T Bank as servicer for Lakeview Loan Ser

End of Label Matrix
Mailable recipients    60
Bypassed recipients     5
Total                  65