**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
BRIAN J. MILLER                                     Case No. 19-21844TPA
ANITA M. OSBORNE

        Debtor(s)                                  Chapter 13
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

        Movant                                     Document No __
   vs.
COUNTY OF ALLEGHENY (RE TAX)*

        Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

CREDITOR REPORTS DEBT IS PAID IN FULL BUT CLAIM BALANCE HAS NOT BEEN WITHDRAWN.

COUNTY OF ALLEGHENY (RE TAX)*          Court claim# 16/Trustee CID# 4
C/O JORDAN TAX SVC-CUR/DLNQ CLCTR
POB 200
BETHEL PARK, PA 15102

The Movant further certifies that on 09/22/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| **DEBTOR(S):** | **DEBTOR'S COUNSEL:** |
| BRIAN J. MILLER, ANITA M. OSBORNE, 465 FERNHILL AVE., PITTSBURGH, PA  15226 | KENNETH STEIDL ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA  15219 |
| **ORIGINAL CREDITOR:** | **ORIGINAL CREDITOR'S COUNSEL:** |
| COUNTY OF ALLEGHENY (RE TAX)*, C/O JORDAN TAX SVC-CUR/DLNQ CLCTR, POB 200, BETHEL PARK, PA  15102 | JEFFREY R HUNT ESQ, GRB LAW, FRICK BUILDING 14TH FL, 437 GRANT ST, PITTSBURGH, PA  15219 |
| : GRB LAW, FRICK BUILDING - 14TH FL, 437 GRANT ST, PITTSBURGH, PA  15219 | |
| **NEW CREDITOR:** | |