**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>BRIAN J. MILLER<br>ANITA M. OSBORNE | Case No. 19-21844TPA |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs. | Document No __ |
| CITY & SCHOOL DIST OF PITTSBURGH (RE)*<br>Respondents | |

### NOTICE OF FUNDS ON RESERVE

    The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| CITY & SCHOOL DIST OF PITTSBURGH (RE)*<br>C/O JORDAN TAX SVC<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Court claim# 14/Trustee CID# 5 |

The Movant further certifies that on 10/21/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
      original creditor
      putative creditor
      counsel for debtor(s)
      counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>BRIAN J. MILLER, ANITA M. OSBORNE, 465 FERNHILL AVE., PITTSBURGH, PA  15226 | DEBTOR'S COUNSEL:<br>KENNETH STEIDL ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR:<br>CITY & SCHOOL DIST OF PITTSBURGH (RE)*, C/O JORDAN TAX SVC, 102 RAHWAY RD, MCMURRAY, PA  15317 | ORIGINAL CREDITOR'S COUNSEL:<br>JEFFREY R HUNT ESQ, GRB LAW, FRICK BUILDING 14TH FL, 437 GRANT ST, PITTSBURGH, PA  15219 |
| :<br>GRB LAW, FRICK BUILDING - 14TH FL, 437 GRANT ST, PITTSBURGH, PA  15219 | |
| NEW CREDITOR: | |