UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br> Brian J. Miller<br>Anita M. Osborne,<br>    *Debtors* | :<br>:<br>:<br>:<br>: | Case No. 19-21844 TPA<br>Chapter 13<br>Document No. |
| Anita M. Osborne,<br>    *Movant* | :<br>:<br>: | |
| vs. | :<br>: | |
| Allegheny Co. Treasurer, Allegheny Health Network, Columbia Gas, Comcast, Capital One, City and School District of Pittsburgh, Dollar Bank, Duquesne Light CO., ECMC, Foot & Ankle Assoc., Home Depot/CitiBank, IRS, Klingensmith, Kohl's, Lakeview Loan Servicing, M&T Bank, Midland Funding, PHEAA, PRA Receivables Management, PWSA, PA Dept. of Revenue, Pittsburgh Firefighters FCU, Pittsburgh Water and Sewer Authority, Synchrony Bank, UPMC Health Services, Verizon, Wells Fargo Bank, Wells Fargo Dealer Services, Xfinity,<br>    *Respondents* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | |

### **CONSENT ORDER OF COURT TO WAIVE SALE ADVERTISING REQUIREMENT**

AND NOW, to wit, this _____ day of _____, 2022, it is hereby ORDERED, ADJUDGED, and DECREED that:

1) W.PA.LBR 6004-2 (a) allows for the sale of property in a chapter 13 case without meeting the publication requirement found in W.PA.LBR 6004-1 when the funds received by the trustee from the sale of real property are enough to pay one hundred percent (100%) of the amount owed to creditors with allowed claims;

2) W.PA.LBR 6004-2 (a) requires a stipulation between the Debtor and the Chapter 13 Trustee regarding the lack of necessity for the advertising of said sale.

3) The offer for the purchase of the property located at 700 Southcrest Drive, Pittsburgh, PA 15226 with parcel number 0034-P-00010-0000-00, is believed to be enough to pay the closing costs, pay the tax liens, pay the second mortgage lien on the debtors' residence in full, bring the first mortgage lien on the debtors' residence current, and to pay 100% to the timely filed unsecured creditors, and therefore, advertising in the general circulation paper and the county legal journal is not necessary. The sale has been uploaded to the EASI website.

                                                                                             _____

                                                                                                    Hon. Thomas P. Agresti
                                                                                                    U.S. Bankruptcy Judge

/s/ Owen Katz                                     /s/ Kenneth Steidl
Owen Katz, Esquire                           Kenneth Steidl, Esquire
Office of the Ch. 13 Trustee                Attorney for the Debtor