FILED
2/22/22 2:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| Brian J. Miller : | Case No. 19-21844 TPA |
| Anita M. Osborne, : | Chapter 13 |
| *Debtors* : | Document No. 93 |
| : | |
| Anita M. Osborne, : | |
| *Movant* : | |
| : | |
| vs. : | |
| : | |
| Allegheny Co. Treasurer, Allegheny Health Network, : | |
| Columbia Gas, Comcast, Capital One, City and School : | |
| District of Pittsburgh, Dollar Bank, Duquesne Light CO.,: | |
| ECMC, Foot & Ankle Assoc., Home Depot/CitiBank, : | |
| IRS, Klingensmith, Kohl's, Lakeview Loan Servicing, : | |
| M&T Bank, Midland Funding, PHEAA, PRA : | |
| Receivables Management, PWSA, PA Dept. of Revenue, : | |
| Pittsburgh Firefighters FCU, Pittsburgh Water and : | |
| Sewer Authority, Synchrony Bank, UPMC Health : | |
| Services, Verizon, Wells Fargo Bank, Wells Fargo Dealer: | |
| Services, Xfinity, : | |
| *Respondents* : | |

### CONSENT ORDER OF COURT TO WAIVE SALE ADVERTISING REQUIREMENT

AND NOW, to wit, this   22nd   day of      February     , 2022, it is hereby ORDERED, ADJUDGED, and DECREED that:

1) W.PA.LBR 6004-2 (a) allows for the sale of property in a chapter 13 case without meeting the publication requirement found in W.PA.LBR 6004-1 when the funds received by the trustee from the sale of real property are enough to pay one hundred percent (100%) of the amount owed to creditors with allowed claims;

2) W.PA.LBR 6004-2 (a) requires a stipulation between the Debtor and the Chapter 13 Trustee regarding the lack of necessity for the advertising of said sale.

3) The offer for the purchase of the property located at 700 Southcrest Drive, Pittsburgh, PA 15226 with parcel number 0034-P-00010-0000-00, is believed to be enough to pay the closing costs, pay the tax liens, pay the second mortgage lien on the debtors' residence in full, bring the first mortgage lien on the debtors' residence current, and to pay 100% to the timely filed unsecured creditors, and therefore, advertising in the general circulation paper and the county legal journal is not necessary. The sale has been uploaded to the EASI website.

Hon. Thomas P. Agresti
U.S. Bankruptcy Judge

/s/ Owen Katz
Owen Katz, Esquire
Office of the Ch. 13 Trustee

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21844-TPA |
| Brian J. Miller | Chapter 13 |
| Anita M. Osborne | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 22, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian J. Miller, Anita M. Osborne, 465 Fernhill Ave., Pittsburgh, PA 15226-1352 |
| | + | Office of the Ch. 13 Trustee, Attn: Owen Katz, Esq., Suite 3250 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 24, 2022 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Beth L. Slaby | |
| | on behalf of Creditor Dollar Bank  FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brian Nicholas | |
| | on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian M. Kile | |
| | on behalf of Creditor Dollar Bank  FSB bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| David W. Raphael | |
| | on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 22, 2022 | Form ID: pdf900 | Total Noticed: 2 |

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor City of Pittsburgh and City of Pittsburgh School District jhunt@grblaw.com

Kenneth Steidl
    on behalf of Joint Debtor Anita M. Osborne julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kenneth Steidl
    on behalf of Debtor Brian J. Miller julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 12