IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Brian J. Miller | : | Case No. 19-21844 TPA |
| Anita M. Osborne, | : | Chapter 13 |
| *Debtors* | : | Document No. |
| | : | |
| Anita M. Osborne, | : | |
| *Movant* | : | |
| | : | |
| vs. | : | |
| | : | |
| Allegheny Co. Treasurer, Allegheny Health Network, | : | |
| Columbia Gas, Comcast, Capital One, City and School | : | |
| District of Pittsburgh, Dollar Bank, Duquesne Light CO., | : | |
| ECMC, Foot & Ankle Assoc., Home Depot/CitiBank, | : | |
| IRS, Klingensmith, Kohl's, Lakeview Loan Servicing, | : | |
| M&T Bank, Midland Funding, PHEAA, PRA | : | |
| Receivables Management, PWSA, PA Dept. of Revenue, | : | |
| Pittsburgh Firefighters FCU, Pittsburgh Water and | : | |
| Sewer Authority, Synchrony Bank, UPMC Health | : | |
| Services, Verizon, Wells Fargo Bank, Wells Fargo Dealer | : | |
| Services, Xfinity, | : | |
| *Respondents* | : | |

**CERTIFICATION OF COMPLIANCE WITH ORDER**
**OF COURT DATED JANUARY 24, 2022**

AND NOW, comes the Wife Debtor, Anita M. Osborne, by and through her attorney, Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law, and respectfully represent as follows:

1. The Notice to Bidders was provided to the original offerer and any known, potential bidders as required by the Order of Court dated January 24, 2022.

WHEREFORE, the Wife Debtor, Anita M. Osborne, respectfully files this Certification of Compliance with the Order of Court dated January 24, 2022.

Respectfully submitted,

March 2, 2022
DATE

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I. D. No.  34965