FILED
3/9/22 4:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | 19-21844-TPA | |
| | : | | | |
| Brian J. Miller | : | Chapter: | 13 | |
| Anita M. Osborne | : | | | |
| *Debtor(s).* | : | | | |
| | : | Date: | 3/9/2022 | |
| | : | Time: | 11:30 | |

## PROCEEDING MEMO

**MATTER**  #86 Motion to Sell Property Free and Clear of Liens under Section 363(f)
  #90 CNO filed
  ***(Sale posted on EASI on 1/24/2022)***

**APPEARANCES:**
  Debtor: (Kenneth Steidl) Lauren Lamb
  Trustee: Ronda J. Winnecour

**NOTES:**

Lamb:  Details of Motion given. Owned solely by Debtor Wife. $187,200 is sale price. 100% distribution to timely filed claims so no advertising required.

Winnecour:  No objection

**OUTCOME:**  GRANTED / MOE

jlm