IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Brian J. Miller | : | Case No. 19-21844 TPA |
| Anita M. Osborne, | : | Chapter 13 |
| *Debtors* | : | Document No. |
| | : | |
| Anita M. Osborne, | : | |
| *Movant* | : | |
| | : | |
| vs. | : | |
| | : | |
| Allegheny Co. Treasurer, Allegheny Health Network, | : | |
| Columbia Gas, Comcast, Capital One, City and School | : | |
| District of Pittsburgh, Dollar Bank, Duquesne Light CO., | : | |
| ECMC, Foot & Ankle Assoc., Home Depot/CitiBank, | : | |
| IRS, Klingensmith, Kohl's, Lakeview Loan Servicing, | : | |
| M&T Bank, Midland Funding, PHEAA, PRA | : | |
| Receivables Management, PWSA, PA Dept. of Revenue, | : | |
| Pittsburgh Firefighters FCU, Pittsburgh Water and | : | |
| Sewer Authority, Synchrony Bank, UPMC Health | : | |
| Services, Verizon, Wells Fargo Bank, Wells Fargo Dealer | : | |
| Services, Xfinity, | : | |
| *Respondents* | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on March 11, 2022, I caused to be served a true and correct copy of the *Order of Court dated March 9, 2022,* U. S. First Class Mail, postage prepaid, upon the following persons and parties:

ALL PARTIES LISTED ON THE ATTACHED MAILING MATRIX

United States of America
C/o US Attorneys Office
United States Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

Kelly Verosky, Realtor for Buyer
Re/Max Select Realty
300 Weyman Rd, Suite 220
Pittsburgh, PA 15236

Bobby West, Realtor for Seller
5887 Forbes Ave
Pittsburgh, PA 15217-1601

March 11, 2022
DATE

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I. D. No.  34965

```
Label Matrix for local noticing          Allegheny County Treasurer             Allegheny Health Network
0315-2                                   c/o Jordan Tax Service Inc.            PO Box 645266
Case 19-21844-TPA                        Po Box 200                             Pittsburgh, PA 15264-5250
WESTERN DISTRICT OF PENNSYLVANIA         Bethel Park, PA 15102-0200
Pittsburgh
Fri Mar 11 10:22:15 EST 2022

(p)COLUMBIA GAS                          COMCAST                                Capital One
290 W NATIONWIDE BLVD 5TH FL             PO BOX 1931                            4851 Cox Road
BANKRUPTCY DEPARTMENT                    Burlingame, CA 94011-1931              Glen Allen, VA 23060-6293
COLUMBUS OH 43215-4157


Capital One Bank (USA), N.A.             Capital One, N.A.                      City & School District of Pittsburgh
by American InfoSource as agent          c/o Becket and Lee LLP                 c/o Jordan Tax Service Inc.
PO Box 71083                             PO Box 3001                            Po Box 200
Charlotte, NC  28272-1083                Malvern PA 19355-0701                  Bethel Park, PA 15102-0200


City of Pittsburgh & School Dist. of Pittsbu   City of Pittsburgh and City of Pittsburgh Sc   City of Pittsburgh/School Dist. of Pittsburg
c/o GRB Law                              Goehring, Rutter, and Boehm            Goehring Rutter & Boehm
Jeffrey R. Hunt, Esquire                 437 Grant Street, 14th Floor           c/o Jeffery R. Hunt, Esq.
525 William Penn Place                   Frick Building                         437 Grant Street, 14th Floor
Suite 3110                               Pittsburgh, PA 15219-6101              Frick Building
Pittsburgh, PA 15219-1753                                                       Pittsburgh PA 15219-6101

Coldwell Banker Real Estate Services     Comcast                                Comcast
Bobby West                               300 Corliss Street                     PO Box 3001
5887 Forbes Avenue                       Pittsburgh, PA 15220-4864              Southeastern, PA 19398-3001
Pittsburgh, PA 15217-1601


County of Allegheny                      County of Allegheny                    Dollar Bank
Goehring, Rutter, and Boehm              Goehring Rutter & Boehm                300 Tuscarawas St. West
437 Grant Street, 14th Floor             c/o Jeffery R. Hunt, Esq.              8th Floor
Frick Building                           437 Grant Street, 14th Floor           Canton, OH 44702-1914
Pittsburgh, PA 15219-6101                Frick Building
                                         Pittsburgh PA 15219-6101

Dollar Bank                              Dollar Bank, FSB                       Dollar Bank, FSB
Kristine Anthou, Esq., Grenen & Bersic   300 West Tuscarawas Street             c/o Brian M. Kile, Esquire
1 Gateway Center, 9th Floor              Canton, OH 44702-1911                  Grenen & Birsic, PC
420 Fort Duquesne Blvd                                                          One Gateway Center, 9th Floor
Pittsburgh, PA 15222-1435                                                       Pittsburgh, PA  15222


Dollar Bank, FSB                         Dr. George Bellios                     Duquesne Light Company
c/o Elizabeth L. Slaby, Esquire          3247 West Liberty Avenue               c/o Bernstein-Burkley, P.C.
Grenen & Birsic, PC                      Pittsburgh, PA 15216-2319              707 Grant Street, Suite 2200, Gulf Tower
One Gateway Center, 9th Floor                                                   Pittsburgh, PA 15219-1945
Pittsburgh, PA  15222


ECMC                                     ECMC                                   Keri P. Ebeck
ECMC                                     PO BOX 16408                           Bernstein-Burkley
P.O. BOX 16408                           ST. PAUL, MN 55116-0408                601 Grant Street, 9th Floor
ST. PAUL, MN 55116-0408                                                         Pittsburgh, PA 15219-4430


Foot and Ankle Associates                Home Depot/Citibank                    Home Depot/Citibank/Midland Funding
c/o Montgomery Lynch & Assoc.            P.O. Box 79083                         c/o Atlantic Credit & Finance
Po Box 22720                             Saint Louis, MO 63179                  Po Box 2083
Beachwood, OH 44122-0720                                                        Warren, MI 48090-2083
```

| | | |
|---|---|---|
| Jeffrey R. Hunt<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219-1753 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Brian M. Kile<br>Grenen & Birsic PC<br>One Gateway Center, 9th Floor<br>Pittsburgh, PA 15222 |
| Klingensmith Inc.<br>PO Box 192<br>Ford City, PA 16226-0192 | Kohl's<br>PO Box 2983<br>Milwaukee, WI 53201-2983 | Lakeview Loan Servicing, LLC<br>c/o M&T Bank<br>P.O. Box 840<br>Buffalo, NY 14240-0840 |
| (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Brian J. Miller<br>465 Fernhill Ave.<br>Pittsburgh, PA 15226-1352 |
| Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Anita M. Osborne<br>465 Fernhill Ave.<br>Pittsburgh, PA 15226-1352 |
| PHEAA<br>1200 North Seventh Street<br>Harrisburg, PA 17102-1444 | PHEAA<br>PO BOX 8147<br>HARRISBURG PA 17105-8147 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| PWSA<br>Penn Liberty Plaza 1<br>1200 Penn Avenue<br>Pittsburgh, PA 15222-4204 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Pittsburgh Firefighters FCU<br>500 S. Main Street<br>Pittsburgh, PA 15220-5487 | Pittsburgh Water & Sewer Authority<br>Goehring, Rutter, and Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | Pittsburgh Water and Sewer Authority<br>Goehring Rutter & Boehm<br>c/o Jeffery R. Hunt, Esq.<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh PA 15219-6101 |
| David W. Raphael<br>First National Bank<br>100 Federal Street - 4th Floor<br>Pittsburgh, PA 15212-5711 | Beth L. Slaby<br>Grenen & Birsic, P.C.<br>One Gateway Center, 9th Floor<br>420 Ft. Duquesne Blvd.<br>Pittsburgh, PA 15222-1435 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | Verizon<br>500 Technology Drive, Suite 550<br>Water Spring, MO 66304 |
| Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>PO Box 130000<br>Raleigh, NC 27605-1000 | Wells Fargo Dealer Services<br>P.O. Box 25341<br>Santa Ana, CA 92799-5341 | Bobby West<br>Coldwell Banker Real Estate<br>5887 Forbes Ave.<br>Pittsburgh, PA 15217-1601 |

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

XFinity
676 Island Pond Road
Manchester, NH 03109-5420

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

COLUMBIA GAS OF PENNSYLVANIA
PO BOX 117
COLUMBUS, OH 43216

M&T Bank
PO Box 62182
Baltimore, MD 21264-2182

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Dollar Bank, FSB
300 West Tuscarawas Street
Canton, OH 44702-1911

(d)Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

(u)LakeView Loan Servicing, LLC

(u)Lakeview Loan Servicing, LLC as serviced b

(u)Lakeview Loan Servicing, LLC c/o M&T Bank

(u)M&T Bank as servicer for Lakeview Loan Ser

End of Label Matrix
Mailable recipients    61
Bypassed recipients     6
Total                  67