IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                          )
                                                )    Case No. 19-21844 TPA
   Brian J. Miller                            )    Chapter 13
   Anita M. Osborne,                           )    Docket No.
      *Debtors*                               )
                                                )
   Brian J. Miller                            )
   Anita M. Osborne,                           )
      *Movants*                               )
                                                )
   *No Respondent(s)*                          )

### **DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On March 30, 2022 at docket numbers 102 and 103 the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.


<u>March 31, 2022</u>                                    <u>/s/ Brian J. Miller</u>
Date                                                Debtor


<u>March 31, 2022</u>                                    <u>/s/ Anita M. Osborne</u>
Date                                                Debtor

Respectfully submitted,

<u>April 6, 2022</u>                        <u>/s/ Kenneth Steidl</u>
DATE                                     Kenneth Steidl, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965

**PAWB Local Form 24 (07/13)**