**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/19/2022

IN RE:

| | |
|---|---|
| BRIAN J. MILLER<br>ANITA M. OSBORNE<br>465 FERNHILL AVE.<br>PITTSBURGH,  PA  15226<br>XXX-XX-9018          Debtor(s)<br><br>XXX-XX-1926 | Case No.19-21844 TPA<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/19/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC: NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 4753 |
| PO BOX 41021 | CLAIM: 0.00 | |
| NORFOLK, VA  23541 | COMMENT: SYNC HOME/PRAE | |
| | | |
| **KERI P EBECK ESQ** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC: NOTICE ONLY |
| BERNSTEIN BURKLEY | Court Claim Number: | ACCOUNT NO.: |
| 601 GRANT ST 9TH FL | CLAIM: 0.00 | |
| PITTSBURGH, PA  15219 | COMMENT: DUQ LITE/PRAE | |
| | | |
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC: NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | CLAIM: 0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT: M AND T BANK/PRAE | |
| | | |
| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:16-2 | ACCOUNT NO.: 1E52 |
| POB 200 | CLAIM: 0.00 | |
| BETHEL PARK, PA  15102 | COMMENT: 61E52*CL16GOV*900@12%TTL/PL*18-19/SCH*19/CL*AMD CL=$0 | |
| | | |
| **CITY & SCHOOL DIST OF PITTSBURGH (RE)*** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC | Court Claim Number:14-2 | ACCOUNT NO.: 1E52 |
| 102 RAHWAY RD | CLAIM: 0.00 | |
| MCMURRAY, PA  15317 | COMMENT: 61E52*18-19/SCH-CL*3200@10%/PL*WNTS 10%*GU BAR TIMELY*PIF/CR*AMD CL=$ | |
| | | |
| **DOLLAR BANK FSB**** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| C/O MORTGAGE SERVICE CENTER* | Court Claim Number:12 | ACCOUNT NO.: 3319 |
| POB 8469 | CLAIM: 0.00 | |
| CANTON, OH  44711 | COMMENT: RS/OE~STAYED*CL12GOV*520/PL*515.75 X (60+2)=LMT*BGN 5/19*DKT | |
| | | |
| **DOLLAR BANK FSB**** | Trustee Claim Number:7   INT %: 7.74% | CRED DESC: MORTGAGE PAID IN FULL |
| C/O MORTGAGE SERVICE CENTER* | Court Claim Number:13 | ACCOUNT NO.: 2488 |
| POB 8469 | CLAIM: 10,969.65 | |
| CANTON, OH  44711 | COMMENT: RS/OE~STAYED*10855@KTERMS/PL | |
| | | |
| **LAKEVIEW LOAN SERVICING LLC** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| C/O M & T BANK | Court Claim Number:8 | ACCOUNT NO.: 4781 |
| ATTN TRUSTEE PAYMENT CTR | | |
| PO BOX 1288 | CLAIM: 22,546.00 | |
| BUFFALO, NY  14240-1288 | COMMENT: PMT/DECL*DKT4PMT-LMT*BGN 6/19*SOLD*CL=$69,325.32 | |
| | | |
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:7-4 | ACCOUNT NO.: 9018 |
| PO BOX 7317 | CLAIM: 6,165.30 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT: ...1926*CL7-4GOV*15-16/SCH*16-18/CL*NT PROV/PL*AMD | |
| | | |
| **ALLEGHENY HEALTH NETWORK** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 645266 | Court Claim Number: | ACCOUNT NO.: 5845 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15264-5266 | COMMENT: | |

| Creditor | Trustee/Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9853 | CLAIM: 2,658.77<br>COMMENT: 2018/SCH |
| **COMCAST**<br>PO BOX 1931<br>BURLINGAME, CA 94011 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 3 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7206 | CLAIM: 128.01<br>COMMENT: |
| **GEORGE BELLIOS DMD**<br>1665 BROADWAY AVE<br>PITTSBURGH, PA 15216 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **MONTGOMERY LYNCH & ASSOCIATES**<br>PO BOX 22720<br>BEACHWOOD, OH 44122 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: FOOT AND ANKLE ASSOC/SCH |
| **THD/CBSD**<br>POB 6497<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8098 | CLAIM: 1,385.00<br>COMMENT: 4008/SCH*THE HOME DEPOT |
| **KLINGENSMITH HEALTH CARE**<br>POB 151<br>FORD CITY, PA 16226 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5289 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2943 | CLAIM: 437.04<br>COMMENT: KOHLS |
| **ECMC(\*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 9 | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 1926 | CLAIM: 0.00<br>COMMENT: PMT/PL*50X(60+2)=LMT*FR PHEAA-DOC 48*DKT |
| **PITTSBURGH FIREFIGHTERS F.C.U.**<br>500 SOUTH MAIN STREET<br>P O BOX 8577<br>PITTSBURGH, PA 15220-0577 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1101 | CLAIM: 3,162.89<br>COMMENT: JUDGMENT |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PITTSBURGH WATER & SEWER AUTHORITY(*)**<br>C/O GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 55.27<br>COMMENT: CL15GOV*61E52*UNS/SCH-PL*THRU 5/3/19*WNTS 10%*GU BAR TIMELY*W/31 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1E52 |
| **VERIZON**<br>140 WEST ST<br>NEW YORK, NY 10007 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **WELLS FARGO BANK NA D/B/A WELLS FARGO**<br>PO BOX 17900<br>DENVER, CO 80217-0900 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 5,433.72<br>COMMENT: 2018 DEFICIENCY/SCHEDS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2973 |
| **XFINITY CABLE**<br>300 CORLISS ST<br>PITTSBURGH, PA 15204 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 321.24<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1926 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>ATTN TRUSTEE PAYMENT CTR<br>PO BOX 1288<br>BUFFALO, NY 14240-1288 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 1,914.41<br>COMMENT: CL=1914.41*THRU 5/19*SOLD | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4781 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:7-4<br>CLAIM: 2,310.85<br>COMMENT: NO GEN UNS/SCH*2015*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9018 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 1,641.29<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2022 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 390.65<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3055 |
| **DOLLAR BANK FSB****<br>C/O MORTGAGE SERVICE CENTER*<br>POB 8469<br>CANTON, OH 44711 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 1,084.74<br>COMMENT: RS/OE~STAYED*CL12GOV*520/PL*THRU 4/19*DKT | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3319 |

| CLAIM RECORDS | | |
|---|---|---|
| **PITTSBURGH WATER & SEWER AUTHORITY(*)**<br>C/O GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:15<br><br>CLAIM:  7.64<br>COMMENT:  CL15GOV*61E52*UNS/SCH-PL*THRU 5/3/19*NON INT*GU BAR TIMELY*W/21 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  1E52 |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br><br>BETHEL PARK, PA  15102 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:16-2<br><br>CLAIM:  0.00<br>COMMENT:  61E52*CL16GOV*900@12%TTL/PL*18-19/SCH*19/CL*AMD CL=$0 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  1E52 |
| **COLUMBIA GAS OF PA INC(*)**<br>PO BOX 117<br><br><br>COLUMBUS, OH  48216-0117 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:18<br><br>CLAIM:  238.58<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9018 |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br><br>BETHEL PARK, PA  15102 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:19<br><br>CLAIM:  0.00<br>COMMENT:  AMDS 16*AMD BY 16-2* CL = $0.00 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  1E52 |