**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
Brian J. Miller, and Anita M. Osborne,
    Debtor(s).

CASE NO. 19-21844 TPA

Chapter 13

Ronda J. Winnecour, Chapter 13 Trustee,
    Movant(s),
vs.
Brian J. Miller, and Anita M. Osborne,
    Respondent(s).

**SUPPLEMENTAL ORDER OF COURT REGARDING DISPOSITION OF SALE PROCEEDS**

WHEREAS, the Trustee is in receipt of proceeds in the amount of $93,569.28 from the sale of 200 Southcrest Drive, Pittsburgh, approved by Order of Court at Doc 100 (the "Sale Proceeds");

WHEREAS, as set forth in the Motion to Sale (at Doc 86) the Sale Proceeds were intended to complete the case with a 100% distribution to unsecured creditors;

WHEREAS, the confirmed plan in this case (as filed at Doc 18, and confirmed at Doc 65), provided for non-specially classified unsecured creditors to receive 100%, and further provided for specially classified unsecured creditors (i.e., ECMC (Cl #9)) to be paid $50 per month as long term continuing debt;

WHEREAS, the Sale Proceeds are believed sufficient to complete the plan with 100% being paid to both non-specially classified and specially classified unsecured creditors having filed timely proofs of claims; and

NOW therefore, the parties, those being the Trustee and Debtor(s) (by their attorneys) agree, as indicated by their consents to this Order, that the Sale Proceeds, after deduction of Trustee fees, shall be distributed as follows, notwithstanding anything to the contrary in the plan and confirmation Order:

(a)   First, to pay any outstanding prepetition priority claims.

(b)   Second, to pay non-specially classified unsecured creditors 100%.

(c)   Third, to pay the outstanding and allowed attorney fees of Counsel to the Debtor(s).

(d)   Fourth, to pay the balances due on any pay in full secured claims and any principal due to the long-term continuing debt (up to the takeover date).

(e)   Fifth, to pay the balance due (without interest) of the specially classified unsecured claim of ECMC (Cl #9) up to 100% of its timely filed claim.

(f)   Sixth, to pay any additional amounts determined to be due after the audit, including any additional amounts for attorney fees of Counsel to the Debtor(s) that was provided for in the plan or any amendment thereto but which has not yet been the addressed by a fee application.

(g)   Any surplus shall be refunded to the Debtor(s).


So Ordered, this __16th__ day of _____May_____, 20__22__.

_____
U.S. Bankruptcy Judge     jlm

Consented to:

/s/ Owen W. Katz
Owen W. Katz
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
okatz@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Steidl & Steinberg
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
ken.Steidl@steidl-steinberg.com
**Attorney for Debtor(s)**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Brian J. Miller  
Anita M. Osborne  
    Debtors

Case No. 19-21844-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: May 16, 2022      Form ID: pdf900      Total Noticed: 49

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian J. Miller, Anita M. Osborne, 465 Fernhill Ave., Pittsburgh, PA 15226-1352 |
| r | + | Bobby West, Coldwell Banker Real Estate, 5887 Forbes Ave., Pittsburgh, PA 15217-1601 |
| r | + | Coldwell Banker Real Estate Services, Bobby West, 5887 Forbes Avenue, Pittsburgh, PA 15217-1601 |
| 15045965 | + | Allegheny County Treasurer, c/o Jordan Tax Service Inc., Po Box 200, Bethel Park, PA 15102-0200 |
| 15045966 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15109875 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, COLUMBIA GAS OF PENNSYLVANIA, PO BOX 117, COLUMBUS, OH 43216 |
| 15045967 | + | City & School District of Pittsburgh, c/o Jordan Tax Service Inc., Po Box 200, Bethel Park, PA 15102-0200 |
| 15045968 | + | Dollar Bank, 300 Tuscarawas St. West, 8th Floor, Canton, OH 44702-1914 |
| 15045969 | + | Dollar Bank, Kristine Anthou, Esq., Grenen & Bersic, 1 Gateway Center, 9th Floor, 420 Fort Duquesne Blvd, Pittsburgh, PA 15222-1435 |
| 15084774 | + | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, OH 44702-1911 |
| 15084775 | | Dollar Bank, FSB, c/o Brian M. Kile, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15209943 | | Dollar Bank, FSB, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15063763 | + | Dr. George Bellios, 3247 West Liberty Avenue, Pittsburgh, PA 15216-2319 |
| 15045970 | | Foot and Ankle Associates, c/o Montgomery Lynch & Assoc., Po Box 22720, Beachwood, OH 44122-0720 |
| 15063765 | | Home Depot/Citibank, P.O. Box 79083, Saint Louis, MO 63179 |
| 15045971 | + | Home Depot/Citibank/Midland Funding, c/o Atlantic Credit & Finance, Po Box 2083, Warren, MI 48090-2083 |
| 15063768 | + | Klingensmith Inc., PO Box 192, Ford City, PA 16226-0192 |
| 15081093 | | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15063773 | + | PWSA, Penn Liberty Plaza 1, 1200 Penn Avenue, Pittsburgh, PA 15222-4204 |
| 15077225 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15078083 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | May 16 2022 23:32:00 | City of Pittsburgh and City of Pittsburgh School D, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | May 16 2022 23:32:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | May 16 2022 23:32:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 16 2022 23:42:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 19-21844-TPA    Doc 121    Filed 05/18/22    Entered 05/19/22 00:24:46    Desc
Imaged Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 16, 2022 | Form ID: pdf900 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| cr | | + Email/Text: ebnpwsa@grblaw.com | May 16 2022 23:32:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 15073198 | | + Email/Text: documentfiling@lciinc.com | May 16 2022 23:32:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15063757 | | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2022 23:42:48 | Capital One, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 15072272 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2022 23:42:38 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15074163 | | Email/PDF: bncnotices@becket-lee.com | May 16 2022 23:42:49 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15448432 | | + Email/Text: ebnjts@grblaw.com | May 16 2022 23:32:00 | City of Pittsburgh & School Dist. of Pittsburgh, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15089143 | | + Email/Text: ebnjts@grblaw.com | May 16 2022 23:32:00 | City of Pittsburgh/School Dist. of Pittsburgh, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15063759 | | + Email/Text: documentfiling@lciinc.com | May 16 2022 23:32:00 | Comcast, 300 Corliss Street, Pittsburgh, PA 15220-4864 |
| 15063760 | | Email/Text: documentfiling@lciinc.com | May 16 2022 23:32:00 | Comcast, PO Box 3001, Southeastern, PA 19398-3001 |
| 15463823 | | + Email/Text: ebnjts@grblaw.com | May 16 2022 23:32:00 | County of Allegheny, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15089162 | | + Email/Text: ebnjts@grblaw.com | May 16 2022 23:32:00 | County of Allegheny, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15083210 | | + Email/Text: kburkley@bernsteinlaw.com | May 16 2022 23:33:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15183921 | | Email/Text: ECMCBKNotices@ecmc.org | May 16 2022 23:32:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15063767 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 16 2022 23:32:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15063769 | | Email/Text: PBNCNotifications@peritusservices.com | May 16 2022 23:32:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 15081093 | | ^ MEBN | May 16 2022 23:30:29 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15063770 | | Email/Text: camanagement@mtb.com | May 16 2022 23:32:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264-2182 |
| 15069784 | | + Email/Text: bankruptcydpt@mcmcg.com | May 16 2022 23:33:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15082252 | | + Email/Text: bncnotifications@pheaa.org | May 16 2022 23:32:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 15063771 | | + Email/Text: bncnotifications@pheaa.org | May 16 2022 23:32:00 | PHEAA, 1200 North Seventh Street, Harrisburg, PA 17102-1444 |
| 15063772 | | + Email/Text: hwalz@pghffcu.com | May 16 2022 23:32:00 | Pittsburgh Firefighters FCU, 500 S. Main Street, Pittsburgh, PA 15220-5487 |
| 15089159 | | + Email/Text: ebnpwsa@grblaw.com | May 16 2022 23:32:00 | Pittsburgh Water and Sewer Authority, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 16, 2022 | Form ID: pdf900 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 15046653 | + | Email/PDF: gecsedi@recoverycorp.com | May 16 2022 23:42:49 | PA 15219-6101<br>Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15063774 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com<br>May 16 2022 23:32:00 | | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |
| 15063776 | + | Email/Text: documentfiling@lciinc.com | May 16 2022 23:32:00 | XFinity, 676 Island Pond Road, Manchester, NH 03109-5420 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LakeView Loan Servicing, LLC |
| cr | | Lakeview Loan Servicing, LLC as serviced by M&T Ba |
| cr | | Lakeview Loan Servicing, LLC c/o M&T Bank |
| cr | | M&T Bank as servicer for Lakeview Loan Servicing, |
| cr | *+ | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, OH 44702-1911 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15063755 | *+ | Allegheny County Treasurer, c/o Jordan Tax Service Inc., Po Box 200, Bethel Park, PA 15102-0200 |
| 15063756 | *+ | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15063758 | *+ | City & School District of Pittsburgh, c/o Jordan Tax Service Inc., Po Box 200, Bethel Park, PA 15102-0200 |
| 15063762 | *+ | Dollar Bank, Kristine Anthou, Esq., Grenen & Bersic, 1 Gateway Center, 9th Floor, 420 Fort Duquesne Blvd, Pittsburgh, PA 15222-1435 |
| 15063761 | *+ | Dollar Bank, 300 Tuscarawas St. West, 8th Floor, Canton, OH 44702-1914 |
| 15063764 | * | Foot and Ankle Associates, c/o Montgomery Lynch & Assoc., Po Box 22720, Beachwood, OH 44122-0720 |
| 15063766 | *+ | Home Depot/Citibank/Midland Funding, c/o Atlantic Credit & Finance, Po Box 2083, Warren, MI 48090-2083 |
| 15063775 | * | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |
| 15045972 | ## | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 4 Undeliverable, 10 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Beth L. Slaby | on behalf of Creditor Dollar Bank  FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian M. Kile | on behalf of Creditor Dollar Bank  FSB bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: May 16, 2022 | Form ID: pdf900 | Total Noticed: 49 |

David W. Raphael
    on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com

Jeffrey R. Hunt
    on behalf of Creditor City of Pittsburgh and City of Pittsburgh School District jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Kenneth Steidl
    on behalf of Joint Debtor Anita M. Osborne julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth Steidl
    on behalf of Debtor Brian J. Miller julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 12