**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> BRIAN J. MILLER <br> ANITA M. OSBORNE <br>         Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>         Movant <br>     vs. <br> No Respondents. | Case No.:19-21844 TPA <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 27, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/03/2019 and confirmed on 7/26/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 158,283.21 |
| Less Refunds to Debtor | 43,587.82 | |
| TOTAL AMOUNT OF PLAN FUND | | 114,695.39 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 6,275.00 | |
|   Trustee Fee | 4,646.07 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,921.07 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| DOLLAR BANK FSB** | 0.00 | 19,598.50 | 0.00 | 19,598.50 |
|   Acct: 3319 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 22,546.00 | 22,546.00 | 0.00 | 22,546.00 |
|   Acct: 4781 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 1,914.41 | 1,914.41 | 0.00 | 1,914.41 |
|   Acct: 4781 | | | | |
| DOLLAR BANK FSB** | 1,084.74 | 1,084.74 | 0.00 | 1,084.74 |
|   Acct: 3319 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1E52 | | | | |
| CITY & SCHOOL DIST OF PITTSBURGH (R | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1E52 | | | | |
| PITTSBURGH WATER & SEWER AUTHORI | 55.27 | 55.27 | 15.18 | 70.45 |
|   Acct: 1E52 | | | | |
| PITTSBURGH WATER & SEWER AUTHORI | 7.64 | 7.64 | 0.00 | 7.64 |
|   Acct: 1E52 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1E52 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1E52 | | | | |
| DOLLAR BANK FSB** | 10,969.65 | 10,969.65 | 2,115.57 | 13,085.22 |
|   Acct: 2488 | | | | |
| | | | | 58,306.96 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BRIAN J. MILLER | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BRIAN J. MILLER | 43,587.82 | 43,587.82 | 0.00 | 0.00 |
|   Acct: | | | | |
| STEIDL & STEINBERG | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| STEIDL & STEINBERG | 3,775.00 | 3,775.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXX3/22 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
|   INTERNAL REVENUE SERVICE* | 6,165.30 | 6,165.30 | 0.00 | 6,165.30 |
|     Acct: 9018 | | | | |
| | | | | 6,165.30 |
| **Unsecured** | | | | |
|   ECMC(*) | 21,194.02 | 21,194.02 | 0.00 | 21,194.02 |
|     Acct: 1926 | | | | |
|   ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5845 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 2,658.77 | 2,658.77 | 0.00 | 2,658.77 |
|     Acct: 9853 | | | | |
|   COMCAST | 128.01 | 128.01 | 0.00 | 128.01 |
|     Acct: 7206 | | | | |
|   GEORGE BELLIOS DMD++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MONTGOMERY LYNCH & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MIDLAND FUNDING LLC | 1,385.00 | 1,385.00 | 0.00 | 1,385.00 |
|     Acct: 8098 | | | | |
|   KLINGENSMITH HEALTH CARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5289 | | | | |
|   CAPITAL ONE NA** | 437.04 | 437.04 | 0.00 | 437.04 |
|     Acct: 2943 | | | | |
|   PITTSBURGH FIREFIGHTERS F.C.U. | 3,162.89 | 3,162.89 | 0.00 | 3,162.89 |
|     Acct: 1101 | | | | |
|   VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 5,433.72 | 5,433.72 | 0.00 | 5,433.72 |
|     Acct: 2973 | | | | |
|   UPMC HEALTH SERVICES | 321.24 | 321.24 | 0.00 | 321.24 |
|     Acct: 1926 | | | | |
|   INTERNAL REVENUE SERVICE* | 2,310.85 | 2,310.85 | 0.00 | 2,310.85 |
|     Acct: 9018 | | | | |
|   DUQUESNE LIGHT COMPANY* | 1,641.29 | 1,641.29 | 0.00 | 1,641.29 |
|     Acct: 2022 | | | | |
|   DUQUESNE LIGHT COMPANY* | 390.65 | 390.65 | 0.00 | 390.65 |
|     Acct: 3055 | | | | |
|   COLUMBIA GAS OF PA INC(*) | 238.58 | 238.58 | 0.00 | 238.58 |
|     Acct: 9018 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4753 | | | | |
|   KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   XFINITY CABLE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 39,302.06 |

TOTAL PAID TO CREDITORS                                                                                                              103,774.32

```
TOTAL CLAIMED
    PRIORITY            6,165.30
    SECURED            36,577.71
    UNSECURED          39,302.06
```

Date: 06/27/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
BRIAN J. MILLER
ANITA M. OSBORNE
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-21844 TPA

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Brian J. Miller  
Anita M. Osborne  
    Debtors

Case No. 19-21844-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4  
Date Rcvd: Jun 28, 2022     Form ID: pdf900     Total Noticed: 49

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian J. Miller, Anita M. Osborne, 465 Fernhill Ave., Pittsburgh, PA 15226-1352 |
| r | + | Bobby West, Coldwell Banker Real Estate, 5887 Forbes Ave., Pittsburgh, PA 15217-1601 |
| r | + | Coldwell Banker Real Estate Services, Bobby West, 5887 Forbes Avenue, Pittsburgh, PA 15217-1601 |
| 15045965 | + | Allegheny County Treasurer, c/o Jordan Tax Service Inc., Po Box 200, Bethel Park, PA 15102-0200 |
| 15045966 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15109875 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, COLUMBIA GAS OF PENNSYLVANIA, PO BOX 117, COLUMBUS, OH 43216 |
| 15045967 | + | City & School District of Pittsburgh, c/o Jordan Tax Service Inc., Po Box 200, Bethel Park, PA 15102-0200 |
| 15045969 | + | Dollar Bank, Kristine Anthou, Esq., Grenen & Bersic, 1 Gateway Center, 9th Floor, 420 Fort Duquesne Blvd, Pittsburgh, PA 15222-1435 |
| 15045968 | + | Dollar Bank, 300 Tuscarawas St. West, 8th Floor, Canton, OH 44702-1914 |
| 15084775 | | Dollar Bank, FSB, c/o Brian M. Kile, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15209943 | | Dollar Bank, FSB, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15084774 | + | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, OH 44702-1911 |
| 15063763 | + | Dr. George Bellios, 3247 West Liberty Avenue, Pittsburgh, PA 15216-2319 |
| 15045970 | | Foot and Ankle Associates, c/o Montgomery Lynch & Assoc., Po Box 22720, Beachwood, OH 44122-0720 |
| 15063765 | | Home Depot/Citibank, P.O. Box 79083, Saint Louis, MO 63179 |
| 15045971 | + | Home Depot/Citibank/Midland Funding, c/o Atlantic Credit & Finance, Po Box 2083, Warren, MI 48090-2083 |
| 15063768 | + | Klingensmith Inc., PO Box 192, Ford City, PA 16226-0192 |
| 15063773 | + | PWSA, Penn Liberty Plaza 1, 1200 Penn Avenue, Pittsburgh, PA 15222-4204 |
| 15078083 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 29 2022 00:08:00 | City of Pittsburgh and City of Pittsburgh School D, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 29 2022 00:08:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Jun 29 2022 00:09:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 29 2022 00:08:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Jun 29 2022 00:08:00 | Pittsburgh Water & Sewer Authority, Goehring, |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 15073198 | + | Email/Text: documentfiling@lciinc.com | Jun 29 2022 00:08:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15063757 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 00:08:14 | Capital One, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 15072272 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 00:07:46 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15074163 | | Email/PDF: bncnotices@becket-lee.com | Jun 29 2022 00:08:19 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15448432 | + | Email/Text: ebnjts@grblaw.com | Jun 29 2022 00:08:00 | City of Pittsburgh & School Dist. of Pittsburgh, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15089143 | + | Email/Text: ebnjts@grblaw.com | Jun 29 2022 00:08:00 | City of Pittsburgh/School Dist. of Pittsburgh, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15063759 | + | Email/Text: documentfiling@lciinc.com | Jun 29 2022 00:08:00 | Comcast, 300 Corliss Street, Pittsburgh, PA 15220-4864 |
| 15063760 | | Email/Text: documentfiling@lciinc.com | Jun 29 2022 00:08:00 | Comcast, PO Box 3001, Southeastern, PA 19398-3001 |
| 15463823 | + | Email/Text: ebnjts@grblaw.com | Jun 29 2022 00:08:00 | County of Allegheny, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15089162 | + | Email/Text: ebnjts@grblaw.com | Jun 29 2022 00:08:00 | County of Allegheny, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15083210 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 29 2022 00:09:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15183921 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 29 2022 00:09:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15063767 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 29 2022 00:09:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15063769 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 29 2022 00:08:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 15081093 | ^ | MEBN | Jun 29 2022 00:04:26 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15063770 | | Email/Text: camanagement@mtb.com | Jun 29 2022 00:09:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264-2182 |
| 15069784 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2022 00:09:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15082252 | + | Email/Text: bncnotifications@pheaa.org | Jun 29 2022 00:08:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 15063771 | + | Email/Text: bncnotifications@pheaa.org | Jun 29 2022 00:08:00 | PHEAA, 1200 North Seventh Street, Harrisburg, PA 17102-1444 |
| 15063772 | + | Email/Text: hwalz@pghffcu.com | Jun 29 2022 00:08:38 | Pittsburgh Firefighters FCU, 500 S. Main Street, Pittsburgh, PA 15220-5487 |
| 15089159 | + | Email/Text: ebnpwsa@grblaw.com | Jun 29 2022 00:08:00 | Pittsburgh Water and Sewer Authority, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15046653 | + | Email/PDF: gecsedi@recoverycorp.com | | |

District/off: 0315-2 | User: auto | Page 3 of 4
Date Rcvd: Jun 28, 2022 | Form ID: pdf900 | Total Noticed: 49

| Recip ID | | Bypass | Address | Timestamp | Recipient |
|---|---|---|---|---|---|
| | | | | Jun 29 2022 00:07:57 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15077225 | ^ | MEBN | | Jun 29 2022 00:03:40 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15063774 | | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 29 2022 00:08:00 | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |
| 15078083 | + | | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jun 29 2022 12:04:26 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 15063776 | + | | Email/Text: documentfiling@lciinc.com | Jun 29 2022 00:08:00 | XFinity, 676 Island Pond Road, Manchester, NH 03109-5420 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LakeView Loan Servicing, LLC |
| cr | | Lakeview Loan Servicing, LLC as serviced by M&T Ba |
| cr | | Lakeview Loan Servicing, LLC c/o M&T Bank |
| cr | | M&T Bank as servicer for Lakeview Loan Servicing, |
| cr | *+ | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, OH 44702-1911 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15063755 | *+ | Allegheny County Treasurer, c/o Jordan Tax Service Inc., Po Box 200, Bethel Park, PA 15102-0200 |
| 15063756 | *+ | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15063758 | *+ | City & School District of Pittsburgh, c/o Jordan Tax Service Inc., Po Box 200, Bethel Park, PA 15102-0200 |
| 15063762 | *+ | Dollar Bank, Kristine Anthou, Esq., Grenen & Bersic, 1 Gateway Center, 9th Floor, 420 Fort Duquesne Blvd, Pittsburgh, PA 15222-1435 |
| 15063761 | *+ | Dollar Bank, 300 Tuscarawas St. West, 8th Floor, Canton, OH 44702-1914 |
| 15063764 | * | Foot and Ankle Associates, c/o Montgomery Lynch & Assoc., Po Box 22720, Beachwood, OH 44122-0720 |
| 15063766 | *+ | Home Depot/Citibank/Midland Funding, c/o Atlantic Credit & Finance, Po Box 2083, Warren, MI 48090-2083 |
| 15063775 | * | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |
| 15045972 | ## | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 4 Undeliverable, 10 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 30, 2022             Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Beth L. Slaby | on behalf of Creditor Dollar Bank FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brian Nicholas | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jun 28, 2022 | Form ID: pdf900 | Total Noticed: 49 |

on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com

Brian M. Kile
    on behalf of Creditor Dollar Bank  FSB bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

David W. Raphael
    on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com

Jeffrey R. Hunt
    on behalf of Creditor City of Pittsburgh and City of Pittsburgh School District jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Kenneth Steidl
    on behalf of Joint Debtor Anita M. Osborne julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth Steidl
    on behalf of Debtor Brian J. Miller julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 12