**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Brian J. Miller<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–9018<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Anita M. Osborne<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–1926<br>EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–21844–TPA | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brian J. Miller                                       Anita M. Osborne

<u>8/18/22</u>                                           **By the court:** <u>Thomas P. Agresti</u>
                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Brian J. Miller  
Anita M. Osborne  
    Debtors

Case No. 19-21844-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Aug 18, 2022      Form ID: 3180W      Total Noticed: 52

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian J. Miller, Anita M. Osborne, 465 Fernhill Ave., Pittsburgh, PA 15226-1352 |
| r | + | Bobby West, Coldwell Banker Real Estate, 5887 Forbes Ave., Pittsburgh, PA 15217-1601 |
| r | + | Coldwell Banker Real Estate Services, Bobby West, 5887 Forbes Avenue, Pittsburgh, PA 15217-1601 |
| 15045965 | + | Allegheny County Treasurer, c/o Jordan Tax Service Inc., Po Box 200, Bethel Park, PA 15102-0200 |
| 15045966 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15109875 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, COLUMBIA GAS OF PENNSYLVANIA, PO BOX 117, COLUMBUS, OH 43216 |
| 15045967 | + | City & School District of Pittsburgh, c/o Jordan Tax Service Inc., Po Box 200, Bethel Park, PA 15102-0200 |
| 15045969 | + | Dollar Bank, Kristine Anthou, Esq., Grenen & Bersic, 1 Gateway Center, 9th Floor, 420 Fort Duquesne Blvd, Pittsburgh, PA 15222-1435 |
| 15045968 | + | Dollar Bank, 300 Tuscarawas St. West, 8th Floor, Canton, OH 44702-1914 |
| 15209943 | | Dollar Bank, FSB, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15084775 | | Dollar Bank, FSB, c/o Brian M. Kile, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15084774 | + | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, OH 44702-1911 |
| 15063763 | + | Dr. George Bellios, 3247 West Liberty Avenue, Pittsburgh, PA 15216-2319 |
| 15045970 | | Foot and Ankle Associates, c/o Montgomery Lynch & Assoc., Po Box 22720, Beachwood, OH 44122-0720 |
| 15063765 | | Home Depot/Citibank, P.O. Box 79083, Saint Louis, MO 63179 |
| 15045971 | + | Home Depot/Citibank/Midland Funding, c/o Atlantic Credit & Finance, Po Box 2083, Warren, MI 48090-2083 |
| 15063768 | + | Klingensmith Inc., PO Box 192, Ford City, PA 16226-0192 |
| 15063773 | + | PWSA, Penn Liberty Plaza 1, 1200 Penn Avenue, Pittsburgh, PA 15222-4204 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Aug 19 2022 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 18 2022 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Aug 19 2022 03:58:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 18 2022 23:52:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + Email/Text: ebnjts@grblaw.com | Aug 18 2022 23:52:00 | City of Pittsburgh and City of Pittsburgh School D, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |

Case 19-21844-TPA   Doc 133   Filed 08/20/22   Entered 08/21/22 00:22:20   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 18, 2022 | Form ID: 3180W | Total Noticed: 52 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| cr | + Email/Text: ebnjts@grblaw.com | Aug 18 2022 23:52:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | Email/Text: ECMCBKNotices@ecmc.org | Aug 18 2022 23:52:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + EDI: RECOVERYCORP.COM | Aug 19 2022 03:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + Email/Text: ebnpwsa@grblaw.com | Aug 18 2022 23:52:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 15073198 | + EDI: LCIFULLSRV | Aug 19 2022 03:58:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15063757 | + EDI: CAPITALONE.COM | Aug 19 2022 03:58:00 | Capital One, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 15072272 | EDI: CAPITALONE.COM | Aug 19 2022 03:58:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15074163 | Email/PDF: bncnotices@becket-lee.com | Aug 18 2022 23:56:05 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15448432 | + Email/Text: ebnjts@grblaw.com | Aug 18 2022 23:52:00 | City of Pittsburgh & School Dist. of Pittsburgh, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15089143 | + Email/Text: ebnjts@grblaw.com | Aug 18 2022 23:52:00 | City of Pittsburgh/School Dist. of Pittsburgh, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15063759 | + EDI: COMCASTCBLCENT | Aug 19 2022 03:58:00 | Comcast, 300 Corliss Street, Pittsburgh, PA 15220-4864 |
| 15063760 | EDI: COMCASTCBLCENT | Aug 19 2022 03:58:00 | Comcast, PO Box 3001, Southeastern, PA 19398-3001 |
| 15463823 | + Email/Text: ebnjts@grblaw.com | Aug 18 2022 23:52:00 | County of Allegheny, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15089162 | + Email/Text: ebnjts@grblaw.com | Aug 18 2022 23:52:00 | County of Allegheny, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15083210 | + Email/Text: kburkley@bernsteinlaw.com | Aug 18 2022 23:52:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15183921 | Email/Text: ECMCBKNotices@ecmc.org | Aug 18 2022 23:52:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15063767 | EDI: IRS.COM | Aug 19 2022 03:58:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15063769 | Email/Text: PBNCNotifications@peritusservices.com | Aug 18 2022 23:52:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 15081093 | ^ MEBN | Aug 18 2022 23:48:41 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15063770 | Email/Text: camanagement@mtb.com | Aug 18 2022 23:52:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264-2182 |
| 15069784 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 18 2022 23:52:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15082252 | + Email/Text: bncnotifications@pheaa.org | Aug 18 2022 23:52:00 | PHEAA, PO BOX 8147, HARRISBURG PA |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15063771 | + | Email/Text: bncnotifications@pheaa.org | Aug 18 2022 23:52:00 | PHEAA, 1200 North Seventh Street, Harrisburg, PA 17102-1444 (17105-8147) |
| 15063772 | + | Email/Text: hwalz@pghffcu.com | Aug 18 2022 23:52:00 | Pittsburgh Firefighters FCU, 500 S. Main Street, Pittsburgh, PA 15220-5487 |
| 15089159 | + | Email/Text: ebnpwsa@grblaw.com | Aug 18 2022 23:52:00 | Pittsburgh Water and Sewer Authority, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15046653 | + | EDI: RMSC.COM | Aug 19 2022 03:58:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15077225 | ^ | MEBN | Aug 18 2022 23:49:23 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15063774 | | EDI: VERIZONCOMB.COM | Aug 19 2022 03:58:00 | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |
| 15078083 | + | EDI: WFAUTO | Aug 19 2022 03:58:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 15045972 | | EDI: WFFC.COM | Aug 19 2022 03:58:00 | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |
| 15063776 | + | EDI: COMCASTCBLCENT | Aug 19 2022 03:58:00 | XFinity, 676 Island Pond Road, Manchester, NH 03109-5420 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LakeView Loan Servicing, LLC |
| cr | | Lakeview Loan Servicing, LLC as serviced by M&T Ba |
| cr | | Lakeview Loan Servicing, LLC c/o M&T Bank |
| cr | | M&T Bank as servicer for Lakeview Loan Servicing, |
| cr | *+ | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, OH 44702-1911 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15063755 | *+ | Allegheny County Treasurer, c/o Jordan Tax Service Inc., Po Box 200, Bethel Park, PA 15102-0200 |
| 15063756 | *+ | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15063758 | *+ | City & School District of Pittsburgh, c/o Jordan Tax Service Inc., Po Box 200, Bethel Park, PA 15102-0200 |
| 15063762 | *+ | Dollar Bank, Kristine Anthou, Esq., Grenen & Bersic, 1 Gateway Center, 9th Floor, 420 Fort Duquesne Blvd, Pittsburgh, PA 15222-1435 |
| 15063761 | *+ | Dollar Bank, 300 Tuscarawas St. West, 8th Floor, Canton, OH 44702-1914 |
| 15063764 | * | Foot and Ankle Associates, c/o Montgomery Lynch & Assoc., Po Box 22720, Beachwood, OH 44122-0720 |
| 15063766 | *+ | Home Depot/Citibank/Midland Funding, c/o Atlantic Credit & Finance, Po Box 2083, Warren, MI 48090-2083 |
| 15063775 | * | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 4 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Aug 18, 2022 | Form ID: 3180W | Total Noticed: 52

Date: Aug 20, 2022          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2022 at the address(es) listed below:**

**Name** **Email Address**

Beth L. Slaby
on behalf of Creditor Dollar Bank  FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com

Brian Nicholas
on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com

Brian M. Kile
on behalf of Creditor Dollar Bank  FSB bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

David W. Raphael
on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com

Jeffrey R. Hunt
on behalf of Creditor City of Pittsburgh and City of Pittsburgh School District jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor County of Allegheny jhunt@grblaw.com

Kenneth Steidl
on behalf of Joint Debtor Anita M. Osborne julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth Steidl
on behalf of Debtor Brian J. Miller julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 12