IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/18/22 8:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
BRIAN J. MILLER
ANITA M. OSBORNE
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:19-21844 TPA

Chapter 13

Document No.: 127

## ORDER OF COURT

AND NOW, this \_\_\_\_18th\_\_\_\_ day of \_\_\_\_August\_\_\_\_, 20 22 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    jlm

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21844-TPA |
| Brian J. Miller | Chapter 13 |
| Anita M. Osborne | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 18, 2022 | Form ID: pdf900 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian J. Miller, Anita M. Osborne, 465 Fernhill Ave., Pittsburgh, PA 15226-1352 |
| r | + | Bobby West, Coldwell Banker Real Estate, 5887 Forbes Ave., Pittsburgh, PA 15217-1601 |
| r | + | Coldwell Banker Real Estate Services, Bobby West, 5887 Forbes Avenue, Pittsburgh, PA 15217-1601 |
| 15045965 | + | Allegheny County Treasurer, c/o Jordan Tax Service Inc., Po Box 200, Bethel Park, PA 15102-0200 |
| 15045966 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15109875 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, COLUMBIA GAS OF PENNSYLVANIA, PO BOX 117, COLUMBUS, OH 43216 |
| 15045967 | + | City & School District of Pittsburgh, c/o Jordan Tax Service Inc., Po Box 200, Bethel Park, PA 15102-0200 |
| 15045969 | + | Dollar Bank, Kristine Anthou, Esq., Grenen & Bersic, 1 Gateway Center, 9th Floor, 420 Fort Duquesne Blvd, Pittsburgh, PA 15222-1435 |
| 15045968 | + | Dollar Bank, 300 Tuscarawas St. West, 8th Floor, Canton, OH 44702-1914 |
| 15209943 | | Dollar Bank, FSB, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15084775 | | Dollar Bank, FSB, c/o Brian M. Kile, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15084774 | + | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, OH 44702-1911 |
| 15063763 | + | Dr. George Bellios, 3247 West Liberty Avenue, Pittsburgh, PA 15216-2319 |
| 15045970 | | Foot and Ankle Associates, c/o Montgomery Lynch & Assoc., Po Box 22720, Beachwood, OH 44122-0720 |
| 15063765 | | Home Depot/Citibank, P.O. Box 79083, Saint Louis, MO 63179 |
| 15045971 | + | Home Depot/Citibank/Midland Funding, c/o Atlantic Credit & Finance, Po Box 2083, Warren, MI 48090-2083 |
| 15063768 | + | Klingensmith Inc., PO Box 192, Ford City, PA 16226-0192 |
| 15063773 | + | PWSA, Penn Liberty Plaza 1, 1200 Penn Avenue, Pittsburgh, PA 15222-4204 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 18 2022 23:52:00 | City of Pittsburgh and City of Pittsburgh School D, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 18 2022 23:52:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Aug 18 2022 23:52:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 18 2022 23:56:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Aug 18 2022 23:52:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, |

Case 19-21844-TPA    Doc 134    Filed 08/20/22    Entered 08/21/22 00:22:20    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 18, 2022 | Form ID: pdf900 | Total Noticed: 49 |

| Recipient # | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 15073198 | + | Email/Text: documentfiling@lciinc.com | Aug 18 2022 23:52:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15063757 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 18 2022 23:56:04 | Capital One, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 15072272 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 18 2022 23:56:04 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15074163 | | Email/PDF: bncnotices@becket-lee.com | Aug 18 2022 23:56:05 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15448432 | + | Email/Text: ebnjts@grblaw.com | Aug 18 2022 23:52:00 | City of Pittsburgh & School Dist. of Pittsburgh, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15089143 | + | Email/Text: ebnjts@grblaw.com | Aug 18 2022 23:52:00 | City of Pittsburgh/School Dist. of Pittsburgh, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15063759 | + | Email/Text: documentfiling@lciinc.com | Aug 18 2022 23:52:00 | Comcast, 300 Corliss Street, Pittsburgh, PA 15220-4864 |
| 15063760 | | Email/Text: documentfiling@lciinc.com | Aug 18 2022 23:52:00 | Comcast, PO Box 3001, Southeastern, PA 19398-3001 |
| 15463823 | + | Email/Text: ebnjts@grblaw.com | Aug 18 2022 23:52:00 | County of Allegheny, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15089162 | + | Email/Text: ebnjts@grblaw.com | Aug 18 2022 23:52:00 | County of Allegheny, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15083210 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 18 2022 23:52:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15183921 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 18 2022 23:52:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15063767 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 18 2022 23:52:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15063769 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 18 2022 23:52:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 15081093 | ^ | MEBN | Aug 18 2022 23:48:43 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15063770 | | Email/Text: camanagement@mtb.com | Aug 18 2022 23:52:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264-2182 |
| 15069784 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 18 2022 23:52:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15082252 | + | Email/Text: bncnotifications@pheaa.org | Aug 18 2022 23:52:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 15063771 | + | Email/Text: bncnotifications@pheaa.org | Aug 18 2022 23:52:00 | PHEAA, 1200 North Seventh Street, Harrisburg, PA 17102-1444 |
| 15063772 | + | Email/Text: hwalz@pghffcu.com | Aug 18 2022 23:52:00 | Pittsburgh Firefighters FCU, 500 S. Main Street, Pittsburgh, PA 15220-5487 |
| 15089159 | + | Email/Text: ebnpwsa@grblaw.com | Aug 18 2022 23:52:00 | Pittsburgh Water and Sewer Authority, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15046653 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 18 2022 23:56:00 | Synchrony Bank, c/o of PRA Receivables |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 18, 2022 | Form ID: pdf900 | Total Noticed: 49 |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15077225 | ^ | MEBN | Aug 18 2022 23:49:25 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15063774 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 18 2022 23:52:00 | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |
| 15078083 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Aug 19 2022 00:06:25 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 15063776 | + | Email/Text: documentfiling@lciinc.com | Aug 18 2022 23:52:00 | XFinity, 676 Island Pond Road, Manchester, NH 03109-5420 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LakeView Loan Servicing, LLC |
| cr | | Lakeview Loan Servicing, LLC as serviced by M&T Ba |
| cr | | Lakeview Loan Servicing, LLC c/o M&T Bank |
| cr | | M&T Bank as servicer for Lakeview Loan Servicing, |
| cr | *+ | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, OH 44702-1911 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15063755 | *+ | Allegheny County Treasurer, c/o Jordan Tax Service Inc., Po Box 200, Bethel Park, PA 15102-0200 |
| 15063756 | *+ | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15063758 | *+ | City & School District of Pittsburgh, c/o Jordan Tax Service Inc., Po Box 200, Bethel Park, PA 15102-0200 |
| 15063762 | *+ | Dollar Bank, Kristine Anthou, Esq., Grenen & Bersic, 1 Gateway Center, 9th Floor, 420 Fort Duquesne Blvd, Pittsburgh, PA 15222-1435 |
| 15063761 | *+ | Dollar Bank, 300 Tuscarawas St. West, 8th Floor, Canton, OH 44702-1914 |
| 15063764 | * | Foot and Ankle Associates, c/o Montgomery Lynch & Assoc., Po Box 22720, Beachwood, OH 44122-0720 |
| 15063766 | *+ | Home Depot/Citibank/Midland Funding, c/o Atlantic Credit & Finance, Po Box 2083, Warren, MI 48090-2083 |
| 15063775 | * | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |
| 15045972 | ## | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 4 Undeliverable, 10 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Beth L. Slaby | on behalf of Creditor Dollar Bank FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brian Nicholas | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Aug 18, 2022 | Form ID: pdf900 | Total Noticed: 49 |

|  |  |
|---|---|
| | on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian M. Kile | on behalf of Creditor Dollar Bank  FSB bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| David W. Raphael | on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com |
| Jeffrey R. Hunt | on behalf of Creditor City of Pittsburgh and City of Pittsburgh School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Joint Debtor Anita M. Osborne julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Brian J. Miller julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 12